# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JESSICA CHANTEL SMITH | CIVIL ACTION NO. 07-0429 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HOUSE OF RAEFORD FARMS OF LOUISIANA, L.L.C. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Record Document 8) be and is hereby **GRANTED**, and all federal claims against House of Raeford Farms of Louisiana, L.L.C. are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the court declines to exercise supplemental jurisdiction over the remaining state law claims and remands this case to the Second Judicial District Court, Bienville Parish, Louisiana pursuant to 28 U.S.C. § 1367(c)(3).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 5th day of June, 2007.

*[signature]*
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE